# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:17-CV-00577-JRG |
| | § | |
| T MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER FOR EXPEDITED BRIEFING

The Court issues this Order *sua sponte*. On September 5, 2018, the Court Ordered the Parties to submit proposals for expedited briefing as to the allegedly indefinite "optimize" claim terms in light of the Federal Circuit's guidance in I*ntellectual Ventures I LLC v. T-Mobile USA Inc.*, Case Nos. 2017-2434, 2017-2435 (Fed. Cir. Sept. 4, 2018). (*See* Dkt. No. 145.) Having receiving the proposals from the Parties, and in consideration for the close of fact discovery and the service of opening expert reports on October 1, 2018, the Court hereby **ORDERS** the following briefing schedule:

| Filing | Deadline | Page Limit |
|---|---|---|
| IV identifies the dependent claims, either alone or in groups of claims that will rise and fall together, that it contends are relevant | September 12, 2018 | N/A |
| Defendants file their opening summary judgment brief | September 21, 2018 | 15 |
| IV files its responsive brief | October 5, 2018 | 15 |
| Defendants file their reply brief | October 10, 2018 | 10 |
| IV files its sur-reply brief | October 15, 2018 | 10 |

In light of the claim construction hearing and the upcoming briefing schedule, it is clear to the Court that there is insufficient evidence to determine that the issues are identical under the Rule 12(b)(6) standard. Accordingly, the Court **DENIES** Defendants' Motions to Dismiss on Issue Preclusion Grounds (Dkt. Nos. 20, 23). Should the Parties' briefing be insufficient to resolve the issue, Defendants are hereby **GRANTED** leave to refile their motions as a single motion for summary judgment.

**So Ordered this**
**Sep 10, 2018**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE