**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-577-JRG |

**STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF
CERTAIN DOCUMENTS FOR U.S. PATENT NO. 6,628,629**

IT IS HEREBY STIPULATED AND AGREED to, by the parties, subject to the approval of the Court, that certain prior art references for U.S. Patent No. 6,628,629 ("'629 Patent") are authentic under Federal Rule of Evidence 901 and/or constitute printed publications, as set forth in Appendix A. This stipulation is made without prejudice to Defendants' right to establish an earlier publication date.

IT IS HEREBY FURTHER STIPULATED AND AGREED to, by the parties, subject to the approval of the Court, that certain patents and patent applications are authentic under Federal Rule of Evidence 901 and were filed and issued and/or published by the United States Patent and Trademark Office as of the dates indicated on the document, as set forth below. To be clear, the parties are not stipulating to a priority date for any of the patents listed below earlier than the date on which each specific patent below was itself filed, issued and/or published by the United States Patent and Trademark Office.

| Patent or Patent Application | Bates Number |
|---|---|
| U.S. Patent No. 6,031,832 to Turina | INV_CV577_00000507 |
| U.S. Patent No. 5,570,355 to Dail et. al. | INV_CV577_00000449 |
| U.S. Patent No. 5,142,533 to Crisler et al. | INV_CV577_00000435 |
| U.S. Patent No. 5,515,379 to Crisler et al. | INV_CV577_00000612 |
| U.S. Patent No. 6,625,650 to Stelliga | INV_CV577_00000519, 1372 |
| U.S. Patent No. 5,729,541 to Hamalainen et al. | INV-CV577-00003119 |
| U.S. Patent No. 5,761,197 to Takefman | INV-CV577-00003170 |
| U.S. Patent No. 5,020,056 to Chennakeshu | INV_CV577_00000431 |
| U.S. Patent No. 5,602,836 to Papadopoulos et al. | INV_CV577_00000488 |

DATED:  October 5, 2018

Respectfully submitted,

By: */s/Douglas M. Kubehl* _____
Douglas M. Kubehl
  Texas State Bar No. 00796909
  E-mail:  doug.kubehl@bakerbotts.com
Jeffery S. Becker
  Texas State Bar No. 24069354
  E-mail:  jeff.becker@bakerbotts.com
Johnson K. Kuncheria
  Texas State Bar No. 24070092
  E-mail:  johnson.kuncheria@bakerbotts.com
Harrison G. Rich
  Texas State Bar No. 24083730
  E-mail:  harrison.rich@bakerbotts.com
Steven T. Jugle
  Texas State Bar No. 24083280
  E-mail:  steven.jugle@bakerbotts.com
Megan V. LaDriere
  Texas State Bar No. 24083348
  E-mail:  melissa.butler@bakerbotts.com
Melissa L. Butler
  Texas State Bar No. 24097442
  E-mail:  melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503


Melissa R. Smith

Texas State Bar No. 24001351
E-mail:  melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

**ATTORNEYS FOR ERICSSON INC.,
TELEFONAKTIEBOLAGET LM
ERICSSON, T-MOBILE USA, INC.,
AND T-MOBILE US, INC.**

Asim M. Bhansali
  State Bar No. 90001290
  E-mail:  abhansali@keker.com
R. Adam Lauridsen
  Email: alauridsen@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

**ATTORNEYS FOR T-MOBILE USA,
INC., AND T-MOBILE US, INC.**

  _/s/_Martin Jay Black_
   **Martin Jay Black**
   Dechert LLP - Philadelphia
   2929 Arch St
   Cira Centre
   Philadelphia, PA 19104
   215-994-2664
   Fax: 215-655-2664
   Email: martin.black@dechert.com

   **Andrea Leigh Fair**
   Ward, Smith & Hill, PLLC
   1507 Bill Owens Parkway
   Longview, TX 75604
   903-757-6400
   Fax: 903-757-2323
   Email: andrea@wsfirm.com

   **Justin F Boyce**
   Dechert LLP - Mountain View CA
   2440 W El Camino Real

Suite 700
Mountain View, CA 94040-1499
650-813-4800
Fax: 650-813-4848
Email: justin.boyce@dechert.com

**Kevin M Flannery**
Dechert LLP - Philadelphia
2929 Arch St
Cira Centre
Philadelphia, PA 19104
215-994-4000
Fax: 215-994-2222
Email: kevin.flannery@dechert.com

**Thomas John Ward , Jr**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: jw@wsfirm.com

**Claire Abernathy Henry**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service

are being served this 5th day of October, 2018, with a copy of this document via e-mail.

*/s/ Melissa R. Smith*

**Appendix A to Stipulation Regarding Authenticity of Certain Documents for U.S. Patent No. 6,628,629**

| Primary Author Publisher | Title | Publication Date | Bates Number | Agreed Status |
|---|---|---|---|---|
| Goodman, et al./IEEE | Packet Reservation Multiple Access for Local Wireless Communications | August 1989 | INV_CV577_00000008 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of August 1989 |
| Li, et al./IEEE | Voice/Data Channel Access Integration in TDMA Digital Cellular Networks | November 1994 | INV_CV577_00000411 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of November 1994 |
| Raychaudhuri, et al./IEEE | WATMnet:  A Prototype Wireless ATM System for Multimedia Personal Communication | July1996 | INV_CV577_00000422 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of July 1996 |
| Yang, et al./IEEE | A Multimedia Synchronization Model and Its Implementation in Transport Protocols | January 1996 | INV_CV577_00000718 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of January 1996 |