## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>                    Plaintiff,<br><br><br>        v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>                    Defendants. | Case No. 2:17-cv-577-JRG |

## STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF CERTAIN DOCUMENTS FOR U.S. PATENT NO. RE46,206

IT IS HEREBY STIPULATED AND AGREED to, by the parties, subject to the approval of the Court, that certain prior art references for U.S. Patent No. RE46,206 ("'206 Patent") are authentic under Federal Rule of Evidence 901 and/or constitute printed publications, as set forth in Appendix A. This stipulation is made without prejudice to Defendants' right to establish an earlier publication date.

IT IS HEREBY FURTHER STIPULATED AND AGREED to, by the parties, subject to the approval of the Court, that certain patents and patent applications are authentic under Federal Rule of Evidence 901 and were filed and issued and/or published by the United States Patent and Trademark Office, or the World Intellectual Property Organization as of the dates indicated on the document, as set forth below. To be clear, the parties are not stipulating to a priority date for any of the patents listed below earlier than the date on which each specific patent below was itself

filed, issued and/or published by the United States Patent and Trademark Office or the World

Intellectual Property Organization.

| Patent or Patent Application | Bates Number |
|---|---|
| U.S. Patent No. 6,937,566 to Forslow | INV_CV577_00000861 |
| U.S. Patent No. 6,031,832 to Turina | INV_CV577_00000507 |
| U.S. Patent No. 6,115,390 to Chuah | INV_CV577_00000637 |
| U.S. Patent No. 5,463,620 to Sriram | INV_CV577_00000911, 1231 |
| U.S. Patent No. 6,078,953 to Vaid et al. | INV_CV577_00000824 |
| U.S. Patent No. 6,625,650 to Stelliga | INV_CV577_00000519, 1372 |
| U.S. Patent No. 6,046,980 to Packer | INV_CV577_00000791 |
| U.S. Patent No. 6,412,000 to Riddle et al. | INV_CV577_00000844 |
| U.S. Patent No. 6,233,245 to Chapman et al. | INV_CV577_00000899 |
| U.S. Patent No. 5,926,458 to Yin | INV_CV577_00000886 |
| WO 01/005098 to Jorgensen | INV_CV577_00000157 |
| WO 01/005099 to Jorgensen | INV_CV577_00001390 |
| WO 01/05100 to Jorgensen | INV_CV577_00001599 |
| WO 01/08372 to Jorgensen | INV_CV577_00001799 |
| U.S. Patent No. 6,400,701 to Lin et al. | INV_CV577_00000696 |
| U.S. Patent No. 6,081,522 to Hendel et al. | INV_CV577_00001334 |
| U.S. Patent No. 6,041,053 to Douceur et al. | INV_CV577_00000741 |
| U.S. Patent No. 4,916,691 to Goodman | INV_CV577_00001214 |
| U.S. Patent No. 6,463,096 to Raleigh et al. | INV_CV577_00000080 |
| U.S. Patent No. 6,016,311 to Gilbert et al. | INV_CV577_00000037 |
| U.S. Patent No. 6,208,640 to Spell et al. | INV_CV577_00000094 |
| U.S. Patent No. 5,519,689 to Kim | INV_CV577_00001249 |
| U.S. Patent No. 6,118,777 to Sylvain | INV_CV577_00001355 |
| U.S. Patent No. 6,005,851 to Craddock et al. | INV_CV577_00001305 |
| U.S. Patent No. 6,046,979 to Bauman | INV_CV577_00001315 |
| U.S. Patent No. 6,819,177 to Vucetic et al. | INV_CV577_00000620 |
| U.S. Patent No. 5,570,355 to Dail et al. | INV_CV577_00000449 |
| U.S. Patent No. 5,142,533 to Crisler et al. | INV_CV577_00000435 |
| U.S. Patent No. 5,515,379 to Crisler et al. | INV_CV577_00000612 |
| U.S. Patent No. 5,761,197 to Takefman | INV-CV577-00003170 |
| U.S. Patent No. 5,963,557 to Eng | INV_CV577_00001275 |
| U.S. Patent No. 6,577,610 to Kronz | INV_CV577_00002948 |
| U.S. Patent No. 4,907,224 to Scoles et al. | INV_CV577_00002915 |
| U.S. Patent No. 4,774,707 to Raychaudhuri | INV_CV577_00002959 |
| U.S. Patent No. 5,020,056 to Chennakeshu | INV_CV577_00000431 |
| U.S. Patent No. 5,602,836 to Papadopoulos et al. | INV_CV577_00000488 |
| U.S. Patent No. 6,157,614 to Pasternak et al. | INV_CV577_00003136 |

DATED:  October 5, 2018

Respectfully submitted,

By: */s/ Douglas M. Kubehl*
Douglas M. Kubehl
  Texas State Bar No. 00796909
  E-mail:  doug.kubehl@bakerbotts.com
Jeffery S. Becker
  Texas State Bar No. 24069354
  E-mail:  jeff.becker@bakerbotts.com
Johnson K. Kuncheria
  Texas State Bar No. 24070092
  E-mail:  johnson.kuncheria@bakerbotts.com
Harrison G. Rich
  Texas State Bar No. 24083730
  E-mail:  harrison.rich@bakerbotts.com
Steven T. Jugle
  Texas State Bar No. 24083280
  E-mail:  steven.jugle@bakerbotts.com
Megan V. LaDriere
  Texas State Bar No. 24083348
  E-mail:  melissa.butler@bakerbotts.com
Melissa L. Butler
  Texas State Bar No. 24097442
  E-mail:  melissa.butler@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503

Melissa R. Smith
  Texas State Bar No. 24001351
  E-mail:  melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

**ATTORNEYS FOR ERICSSON INC.,
TELEFONAKTIEBOLAGET LM
ERICSSON, T-MOBILE USA, INC.,
AND T-MOBILE US, INC.**

Asim M. Bhansali
  State Bar No. 90001290
  E-mail:  abhansali@keker.com

R. Adam Lauridsen
  Email: alauridsen@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

**ATTORNEYS FOR T-MOBILE USA, INC., AND T-MOBILE US, INC.**

 _/s/_Martin Jay Black_
**Martin Jay Black**
Dechert LLP - Philadelphia
2929 Arch St
Cira Centre
Philadelphia, PA 19104
215-994-2664
Fax: 215-655-2664
Email: martin.black@dechert.com

**Andrea Leigh Fair**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: andrea@wsfirm.com

**Justin F Boyce**
Dechert LLP - Mountain View CA
2440 W El Camino Real
Suite 700
Mountain View, CA 94040-1499
650-813-4800
Fax: 650-813-4848
Email: justin.boyce@dechert.com

**Kevin M Flannery**
Dechert LLP - Philadelphia
2929 Arch St
Cira Centre
Philadelphia, PA 19104
215-994-4000
Fax: 215-994-2222
Email: kevin.flannery@dechert.com

**Thomas John Ward , Jr**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: jw@wsfirm.com

**Claire Abernathy Henry**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: claire@wsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service

are being served this 5th day of October, 2018, with a copy of this document via e-mail.

*/s/Melissa R. Smith*

**Appendix A to Stipulation Regarding Authenticity of Certain Documents for U.S. Patent No. RE46,206**

| Primary Author/Publisher | Title | Publication Date | Bates Number | Agreed Status |
|---|---|---|---|---|
| Passas, et al./IEEE | Quality-of-Service-Oriented Medium Access Control for Wireless ATM Networks | November 1997 | INV_CV577_00000020, 732 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. 102/103 as of the last day of November 1997 |
| Agrawal, et al./IEEE | An Experimental Indoor Wireless Network; SWAN: A Mobile Multimedia Wireless Network | April 1996 | INV_CV577_000000136, 1198 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of April 1996 |
| Chen, et al./IEEE | A VC-based API for Renegotiable QoS in Wireless ATM Networks | October 1997 | INV_CV577_00000131 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of October 1997 |
| Packeteer | Packeteer family of PacketShaper products | December 11, 1997 | INV_CV577_00000057 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of December 11, 1997 |
| Packeteer, Inc. | Press Release:  Packeteer's Open Quality-of-Service Benchmark Lets Network Managers, ISPs Quantify End-User Experience | July 16, 1997 | INV_CV577_00002017 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of July 16, 1997 |
| Packeteer | Packeteer PacketShaper model M010 datasheet | July 16, 1997 | INV_CV577_00002012 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of July 16, 1997 |

| Primary Author/Publisher | Title | Publication Date | Bates Number | Agreed Status |
|---|---|---|---|---|
| Packeteer | Technology Overview | July 16, 1997 | INV_CV577_00002022 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of July 16, 1997 |
| Packeteer | Packeteer Push-back Screenshots | July 16, 1997 | INV_CV577_00002015 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of July 16, 1997 |
| Raychaudhuri, et al./IEEE | WATMnet:  A Prototype Wireless ATM System for Multimedia Personal Communication | July 1996 | INV_CV577_00000422 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of July 1996 |
| Vetter/Communications of ACM | ATM Concepts, Architectures, and Protocols | February 1995 | INV_CV577_00000121 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of February 1995 |
| Bailey, et al./Usenix Association | Pathfinder:  A Pattern Based Packet Classifier | November 1994 | INV_CV577_00000063 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of November 1994 |
| Information Sciences Institute/University of Southern California | RFC 791:  Internet Protocol; DARPA Internet Program; Protocol Specification | September 1981 | INV_CV00001101 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of September 1981 |
| Goodman, et al./IEEE | Packet Reservation Multiple Access for Local Wireless Communications | August 1989 | INV_CV577_00000008 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of August 1989 |

| Primary Author/Publisher | Title | Publication Date | Bates Number | Agreed Status |
|---|---|---|---|---|
| Li, et al./IEEE | Voice/Data Channel Access Integration in TDMA Digital Cellular Networks | November 1994 | INV_CV577_00000411 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of November 1994 |
| Cai, et al./IEEE | General Packet Radio Service in GSM | October 1997 | INV_CV577_00003105 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of October 1997 |
| Yang, et al./IEEE | A Multimedia Synchronization Model and Its Implementation in Transport Protocols | January 1996 | INV_CV577_00000718 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of January 1996 |
| ETSI | GSM 05.02 | December 1995 | INV_CV577_00003000 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of December 1995 |
| Brasche, et al./IEEE | Concepts, Services, and Protocols of the New GSM Phase 2+ General Packet Radio Service | August 1997 | INV_CV577_00003094 | Authentic under FRE 901 and constitutes a printed publication under 35 U.S.C. § 102/103 as of the last day of August 1997 |