IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:17-cv-577 |
| | § | |
| T-MOBILE USA, INC., T-MOBILE US, INC., | § | |
| ERICSSON INC., and | § | |
| TELEFONAKTIEBOLAGET LM ERICSSON | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF RELEVANT DETERMINATIONS
FROM RELATED PROCEEDINGS**

Defendants respectfully file this Notice of Relevant Determinations from Related Proceedings to give notice that the PTAB recently instituted review of proceedings challenging claims of U.S. Patent No. 7,412,517 ("the '517 Patent"):

- The PTAB instituted *inter partes* review of the challenged Claims 1, 2, 4, 13, and 15 of the '517 Patent in IPR2018-01007. *See* Ex. A.

Defendants have attached the full PTAB decision on institution as Exhibit A for the Court's convenience.

| | |
|---|---|
| Dated:  November 14, 2018 | Respectfully submitted, |
| Asim M. Bhansali<br>  State Bar No. 90001290<br>  E-mail:  abhansali@kblfirm.com<br>Kate E. Lazarus<br>  *Admitted Pro Hac Vice*<br>  E-mail:  klazarus@kblfirm.com<br>**KWUN BHANSALI LAZARUS LLP**<br>555 Montgomery Street, Suite 750<br>San Francisco, California, 94111<br>Telephone: (415) 630-2350<br><br>R. Adam Lauridsen<br>  *Admitted Pro Hac Vice*<br>  E-mail:  alauridsen@keker.com<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>**ATTORNEYS FOR T-MOBILE USA, INC. and T-MOBILE US, INC.** | By: */s/ Douglas M. Kubehl*<br>Douglas M. Kubehl<br>  Texas State Bar No. 00796909<br>  E-mail:   doug.kubehl@bakerbotts.com<br>Jeffery S. Becker<br>  Texas State Bar No. 24069354<br>  E-mail:   jeff.becker@bakerbotts.com<br>Johnson K. Kuncheria<br>  Texas State Bar No. 24070092<br>  Email: johnson.kuncheria@bakerbotts.com<br>Harrison G. Rich<br>  Texas State Bar No. 24083730<br>  E-mail:   harrison.rich@bakerbotts.com<br>Steven T. Jugle<br>  Texas State Bar No. 24083280<br>  E-mail:   steven.jugle@bakerbotts.com<br>Megan V. LaDriere<br>  Texas State Bar No. 24083348<br>  E-mail:   megan.ladriere@bakerbotts.com<br>Bryan D. Parrish<br>   Texas State Bar No. 24089039<br>   Email: bryan.parrish@bakerbotts.com<br>Melissa L. Butler<br>  Texas State Bar No. 24097442<br>  E-mail:   melissa.butler@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>Facsimile: (214) 953-6503<br><br>Melissa R. Smith<br>  Texas State Bar No. 24001351<br>  E-mail:   melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile:  (903) 934-9257<br><br>**ATTORNEYS FOR T-MOBILE USA, INC., T-MOBILE US, INC, TELEFONAKTIEBOLAGET LM ERICSSON, AND ERICSSON INC** |

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 14, 2018.

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith