**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:17-cv-577 |
| T-MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., and TELEFONAKTIEBOLAGET LM ERICSSON | § § § § § § | |
| *Defendants.* | § § | |

### DECLARATION OF BRYAN D. PARRISH IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. RE46,206

I, Bryan D. Parrish, declare and state the following:

1. My name is Bryan Parrish. I am an attorney licensed to practice law in the State of Texas. I am also an associate in the law firm Baker Botts L.L.P. and counsel for Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson, T-Mobile USA, Inc. and T-Mobile US, Inc. in the above-captioned case. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the International Patent Application No. PCT/US00/18531 published as WO 01/05098.

3. Attached hereto as Exhibit 2 is a true and correct copy of the originally submitted application papers U.S. Application No. 10/241,454.

4. Attached hereto as Exhibit 3 is a true and correct copy of Notice of Incomplete Nonprovisional Application for U.S. Application No. 10/241,454.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Petition for Corrected Filing Dated Under 37 CFR § 1.182 filed in Application No. 12/943,796.

6. Attached hereto as Exhibit 5 is a true and correct copy of the cover page of U.S. Patent No. 6,452,915.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Response to the Notice of Incomplete Application submitted on October 24, 2002.

8. Attached hereto as Exhibit 7 is a true and correct copy of the cover page of U.S. Patent No. 7,251,218.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Decision on Petition Pursuant to 37 C.F.R. § 1.182 for Application No. 12/943,796.

10. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of MPEP 201.06(c)(A) (8th Ed., Aug. 2001).

11. Attached hereto as Exhibit 10 is a true and correct copy of 35 U.S.C § 111 (2000).

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from the October 4, 2018 Deposition Transcript of IV's Rule 30(b)(6) witness, Dean M. Munyon.

13. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from the Expert Report of Dr. Tim A. Williams Regarding the Validity of U.S. Patent Nos. 6,628,629, 7,359,971, 7,412,517, and RE46,206.

14. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt from the Expert Report of Dr. Anthony Acampora Regarding Invalidity of the Asserted Claims.

15. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from the November 14, 2018 Deposition Transcript of IV's Validity Expert, Dr. Tim Williams.

  Pursuant to 28 U.S.C. § 1746, I, Bryan D. Parrish, declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of November, 2018, in Dallas, Texas

                /s/ *Bryan D. Parrish*
                Bryan D. Parrish