**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:17-CV-00577-JRG |
| | § | |
| T MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Court issues this order *sua sponte*. The Parties are **ORDERED** to submit by Monday, February 4, 2019, at 8:00 AM, briefing per side not to exceed ten (10) pages addressing any live issue in this case as to abstractness under Step 1 of the *Alice/Mayo*[1] test, for the Court's consideration. The Court will hear argument outside the presence of the jury on this matter prior to Plaintiff's first witness being called on Monday, February 4, 2019.

**So ORDERED and SIGNED this 3rd day of February, 2019.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

[1] *Alice Corp. Pty. v. CLS Bank Int'l*, 134 S. Ct. 2347, 2349, 189 L. Ed. 2d 296 (2014).