IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-00577-JRG |
| T MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § § | |
| *Defendants*. | § § | |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. Please refer to the Final Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

In this Verdict Form:

> "Intellectual Ventures" refers to Intellectual Ventures I LLC.

> "T-Mobile" refers to T Mobile USA, Inc. and T-Mobile US, Inc.

> "Ericsson" refers to Ericsson Inc. and Telefonaktiebolaget LM Ericsson.

> "The '629 Patent" refers to U.S. Patent No. 6,628,629.

> "The '517 Patent" refers to U.S. Patent No. 7,412,517.

> "The '206 Patent" refers to U.S. Patent No. RE46,206.

> The "Patents-in-Suit" refers collectively to the '629 Patent, the '517 Patent, and the '206 Patent.

> The "Asserted Claims" refers collectively to Claims 1 and 4 of the '629 Patent, Claims 1 and 4 of the '517 Patent, and Claims 109, 112, 118, 140, 144, and 146 of the '206 Patent.

**PROCEED TO NEXT PAGE**

## <u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM. READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.</u>

Answer Question #1 and Question #2 on the following pages. After you have answered **BOTH** Question #1 and Question #2, continue to page 5 and follow the instructions provided there.

# QUESTION #1

Did the Plaintiff, Intellectual Ventures, prove by a preponderance of the evidence that Defendants have infringed **ANY** of the Asserted Claims of the Patents-in-Suit?

**For each Defendant below, please answer "Yes" or "No":**

T-Mobile:     Yes **X**     No _____

Ericsson:     Yes **X**     No _____

**PROCEED TO NEXT PAGE**                                                                                                 3

## QUESTION #2

Did the Defendants, T-Mobile and Ericsson, prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**For each claim below, please answer "Yes" or "No":**

| Claim | Yes | No |
|---|---|---|
| '629 Patent Claim 1: | ___ | X |
| '629 Patent Claim 4: | ___ | X |
| '517 Patent Claim 1: | ___ | X |
| '517 Patent Claim 4: | ___ | X |
| '206 Patent Claim 109: | ___ | X |
| '206 Patent Claim 112: | ___ | X |
| '206 Patent Claim 118: | ___ | X |
| '206 Patent Claim 140: | ___ | X |
| '206 Patent Claim 144: | ___ | X |
| '206 Patent Claim 146: | ___ | X |

**PROCEED TO NEXT PAGE**                                                                 4

# IF YOU HAVE REACHED THIS POINT IN THE VERDICT FORM, YOU SHOULD HAVE NOW ANSWERED QUESTION #1 AND QUESTION #2.

# IF YOU HAVE NOT ANSWERED BOTH QUESTIONS #1 AND #2 GO BACK AND ANSWER THEM BEFORE PROCEEDING.

If the answer to **EVERY** Asserted Claim listed in Question #2 is **YES**, then do not answer any further questions, proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this Verdict Form.

If the answer is **YES** as to **ANY** Defendant in Question #1, **PROCEED TO ANSWER THE FOLLOWING** QUESTION #3, but **ONLY** as to any claim of the Asserted Patents that is **BOTH INFRINGED** by such Defendant and is **NOT INVALID**.

## QUESTION #3:

What sum of money, if paid today, has Intellectual Ventures proven by a preponderance of the evidence would compensate Intellectual Ventures for the infringement you have found in Question #1.

**Answer in dollars and cents as to each Defendant:**

T-Mobile:   $ 34,000,000

Ericsson:   $ 9,000,000

**PROCEED TO NEXT PAGE**                                                                                          6

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. After you are satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

Signed this 8th day of February, 2019.

_____
Signature of Jury Foreperson