# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:17-CV-00577-JRG |
| § | |
| T MOBILE USA, INC., T-MOBILE US, § | |
| INC., ERICSSON INC., § | |
| TELEFONAKTIEBOLAGET LM § | |
| ERICSSON, § | |
| § | |
| Defendants. § | |

## MINUTES FOR JURY TRIAL DAY FIVE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### February 8, 2019

**OPEN:  8:32 a.m.**                                                              **ADJOURN:  4:20 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Peter Hillegas |
| | Ashbey Morgan |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:32 a.m. | Court opened.  Exhibits used prior day read into the record by Misses Henry and Smith. |
| 8:35 a.m. | Jury returned to courtroom. The Court gave instructions to the Jury. . |
| 9:33 a.m. | Closing argument by Mr. Black. |
| 9:56 a.m. | Closing argument by Mr. Kubehl. |
| 10:34 a.m. | Rebuttal closing argument by Mr. Ward. |
| 10:51 a.m. | Court's final instructions to the Jury. |
| 10:57 a.m. | Jury retired to deliberate. |
| 12:45 p.m. | Jury notes 1 and 2 received.  All counsel present.  Court's proposed response given. |

| TIME | MINUTES |
|---|---|
| 1:32 p.m. | Jury exhibits sent to the Jury. |
| 2:16 p.m. | Jury note received. |
| 2:31 p.m. | Recess. |
| 4:13 p.m. | Court reconvened. Note received from the Jury.   Jury returned to courtroom.   Verdict received. |
| 4:17 p.m. | Jurors polled representing a unanimous verdict.   Court released jurors. |
| 4:20 p.m. | Court adjourned. |