# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-00577-JRG |
| T MOBILE USA, INC., T-MOBILE US, INC., ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON, | § § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("the Motion"). (Dkt. No. 366). In the Motion, the Parties represent that the dispute in the above-captioned case has been settled and request a stay of thirty days to finalize their agreement.

Having considered the Motion, the Court finds it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that all deadlines in the above-captioned case are **STAYED** until **June 12, 2019**, during which time dismissals shall be tendered to the Court.

**So Ordered this**
May 14, 2019

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE